UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-20259-gmh |
| IGNACIO MENDIOLA, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**DEBTOR'S DECLARATION IN SUPPORT OF
MOTION TO CONTINUE THE AUTOMATIC STAY**

The debtor, Ignacio Mendiola, declares and states as follows:

1. The above-captioned case was filed on January 13, 2016.

2. On February 17, 2015, I filed Chapter 13 Case No. 15-21325 in this district. This case has since been dismissed.

3. During the course of the last case, my father, who lived in Mexico, passed away unexpectedly. After his death, I spent several months in Mexico handling his estate. During this time, I was unable to make plan payments due to expenses involved with my travels to Mexico and the costs of the estate administration.

4. As of today's date, my father's estate is settled. I did not receive any distribution from the estate, and there will be no further costs to me involving the now closed estate. I am now back home and actively engaged in the operation of my business which is my main source of income. I am now able to commence and sustain plan payments in the current case without issue.

5. I take the position that I have experienced a positive change in financial and personal circumstances since the dismissal of the last case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2016.


Signature:   /s/ Ignacio Mendiola            .
             Ignacio Mendiola, Debtor


Drafted By: Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI  53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
anton@nickolailaw.com